# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: May 25, 2021

| | | |
|---|---|---|
| ZOILA LOPEZ, | * | UNPUBLISHED |
| Petitioner, | * | No. 18-1405V |
| v. | * | Special Master Dorsey |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |

## ORDER CONCLUDING PROCEEDINGS[1]

On September 14, 2018, petitioner filed a petition under the National Childhood Vaccine Injury Act, 42 U.S.C. § 300aa-10 et seq. (2012), alleging that the influenza ("flu") vaccine administered on September 18, 2017 caused her to develop Bell's palsy syndrome and paresthesia. Petition at 1.

On May 25, 2021, petitioner filed a Stipulation of Dismissal in the above-captioned case, attached hereto as Appendix A. Stipulation of Dismissal.

Under Vaccine Rule 21(a)(1)(B), petitioner may engage in a voluntary dismissal by filing a stipulation of dismissal which all parties have signed, which the parties have done.

Under Vaccine Rule 21(a)(3), the result of this voluntary dismissal is an Order Concluding Proceedings. No judgment will enter pursuant to Vaccine Rule 11 for purposes of 42 U.S.C. § 300aa-21(a). In accordance with Vaccine Rule 21(a), this case is hereby **dismissed without prejudice**.

---

[1] Because this Order contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

1

The Clerk of Court is instructed that **judgment shall not enter** in the instant case pursuant to 42 U.S.C. § 300aa-21(a).

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Special Master